SAM S. LESLIE, Trustee
6310 San Vicente Boulevard, Suite 320
Los Angeles, CA 90048-5426
Telephone: (323) 549-6900

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>BRENDA NELSON<br><br><br><br><br>Debtor(s) | Case No. 2:09-24960-SB<br><br>A Chapter 7 Proceeding<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL: PROSE
TO THE ABOVE NAMED DEBTOR(S):

    You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-captioned matter has been continued to 08/24/09 at 11:00 AM at 725 S. Figueroa Street, Room 101, Los Angeles, CA 90017, for the reason set forth below:

    The Trustee is investigating the existence and/ or value of assets and may continue the meeting of creditors until that investigation is complete.

The required amendments must be served on Trustee, the U.S. Trustee and all creditors. You are further notified that in the event you do not comply with the above-referenced requirements, a motion to dismiss your case will be filed with the Court.

Dated:   August 7, 2009        /s/ Sam S. Leslie
                                                 SAM S. LESLIE, Trustee

    I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, if applicable, on  August 7, 2009  .
                                                 /s/ GLORIA BALTAZAR
                                               GLORIA BALTAZAR